AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
for the
Western District of New York

| | |
|---|---|
| United States of America | |
| v. | Case No. 23-mj- 5185 |
| CLAYTON GREEN a/k/a Iceberg | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, Curtis R. Middlebrooks, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 5, 2023, in the Western District of New York, the defendant, CLAYTON GREEN a/k/a Iceberg, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, an American Deringer Corp., Model M-7, .38 Special, bearing serial number 46643, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Curtis R. Middlebrooks*
CURTIS R. MIDDLEBROOKS
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
*Printed name and title*

Sworn to and subscribed telephonically.

Date: October 5, 2023

*Judge's Signature*

City and State: Buffalo, New York

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE ) SS:
CITY OF BUFFALO )

I. **INTRODUCTION**

I, **CURTIS R. MIDDLEBROOKS**, Special Agent of the Federal Bureau of Investigation, United States Department of Justice, having been duly sworn, states as follows:

1. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and I am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I have been a Special Agent with the Federal Bureau of Investigation (FBI) since July of 2020. I have received basic drug, gang, criminal enterprise, and Title-III wiretaps investigative training at the FBI Training Academy located in Quantico, Virginia. I have served as an FBI Special Agent since July of 2020. Prior to my employment as a Special Agent with the FBI, I was employed as a United States Probation Officer (USPO) in the Western District of New York from July of 2009 through July of 2020. During my career, I have participated in investigations involving violent crime, firearms trafficking, drug trafficking networks, organized crime, and neighborhood-based street gangs. I have had the opportunity to work with several other FBI agents and other law enforcement agents and officers of varying experience levels, who have also investigated drug trafficking networks, with regard to the manner in which controlled substances are obtained, diluted, packaged, distributed, sold and used within the framework of drug trafficking in the Western District of New York, the District of Massachusetts, and the Northern District of West Virginia. In

1

addition, I have had the opportunity to work with several other FBI agents and other law enforcement agents and officers of varying experience levels, who have also investigated violent crime, firearms trafficking, drug trafficking networks, organized crime, and neighborhood-based street gangs in the Western District of New York, the District of Massachusetts, and the Northern District of West Virginia. As a result of my training and experience, and as a result of the information shared by my experienced colleagues, I am familiar with how individuals and associates possess and utilize firearms in crimes of violence and in the violent defense of themselves and their associates in the context of their drug-trafficking and gang-related activity. My investigative experience detailed herein, and the experience of other law enforcement agents who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein. During my tenure with the USPO and FBI, I have executed State and Federal search warrants in narcotics and firearms-related investigations.

2.      My current assignment requires extensive knowledge of matters related to illegal drug trafficking and violent gang activity in the Western District of New York. As part of my duties as a Special Agent, I investigate criminal activity related to drug trafficking, in violation of 21 U.S.C. § 841(a)(1). My experience includes, but is not limited to, conducting surveillance, interviewing witnesses, conducting database checks, analyzing telephone records, writing affidavits for search warrants and Title III wiretap investigations, executing search warrants, and working with undercover agents and informants. I am familiar with matters including, but not limited to, the means and methods used by drug trafficking organizations to purchase, transport, store, and distribute drugs, and the concealing of profits

generated from those transactions. Through my training and experience, I have become familiar with the methods of operations typically utilized by individuals who distribute drugs. I know that it is common practice for drug traffickers to routinely utilize vehicles, rental vehicles, telephones, mobile phones, prepaid phones, calling cards, public telephones, text messaging, counter-surveillance, false or fictitious identities, and coded communications to communicate with their customers, suppliers, couriers, and other conspirators for the purpose of insulating themselves from the detection of law enforcement. Moreover, it is not unusual for them to initiate such mobile or prepaid phone service in the name of an associate or family member or in the name of a fictitious individual. The individuals often require the use of a telephone facility to negotiate times, places, schemes, and manners for importing, possessing, concealing, and distributing controlled substances, and for arranging the concealment of proceeds derived from the sale of controlled substances.

3. This affidavit is being submitted for a limited purpose, that is, a probable cause determination. Therefore, I have not presented all of the facts of this investigation to date. I have set forth only the information I believe to be necessary to establish probable cause. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this manner.

4. I make this affidavit in support a criminal complaint charging **CLAYTON GREEN** a/k/a Iceberg with violating Title 18, United States Code, Sections 922 (g)(1) and 924(a)(8) (felon in possession of a firearm).

3

## PROBABLE CAUSE

5. On January 6, 2022, the Buffalo FBI Safe Streets Task Force (SSTF) began investigation narcotics and illegal firearm activity conducted in Niagara Falls, New York. Through investigative means, **CLAYTON GREEN** a/k/a Iceberg was identified as a member of an organization engaged in narcotics trafficking.

6. **CLAYTON GREEN** has several felony convictions, including, but not limited to the following: (1) May 25, 1976, convicted of Robbery, 3rd Degree, in violation of New York Penal Law Section 160.05; (2) July 1, 1983, convicted of Robbery, 1st Degree, in violation of New York Penal Law Section 160.15(2); (3) March 6, 2009, convicted of Criminal Possession of Controlled Substance, 2d, in violation of New York Penal Law Section 220.18(1) (Robbery-1st:Forcible Theft Armed With A Deadly Weapon, Class B Felony); (4) May 24, 1995, convicted of violating Title 21, United States Code, Section 846 (conspiracy to distribute cocaine). Based on my review of the defendant's criminal history, I know that several of these convictions resulted in prison terms well in excess of one year, so I believe the defendant knows he has been convicted of a crime punishable for a term exceeding one year.

7. On October 3, 2023, investigators sought and obtained federal search warrants for **GREEN**'s residence (1441 Byrd Avenue, Niagara Falls), **GREEN'S** vehicle, **GREEN**'s person, and a neighbor's residence. On October 5, 2023, investigators executed the search warrant at **GREEN**'s residence.

8. During the execution of the search warrant at **GREEN**'s residence, investigators located and seized an American Deringer Corp. Model M-7, .38 Special, bearing serial number 46643. The firearm was found in the front bushes of the residence wrapped inside of a two plastic bags. Another firearm was found at the neighbor's residence, located at 1438 Byrd Avenue, Upper[1], wrapped in a similar plastic bag. Also, within the bushes outside of **GREEN**'s residence, law enforcement located a quantity of suspected controlled substances.[2]

9. Your affiant informed **CLAYTON GREEN** that investigators had located and seized a firearm and suspected narcotics from the bushes outside of **CLAYTON GREEN**'s residence. **CLAYTON GREEN** informed your affiant, in sum and substance, that whatever investigators seized from the bushes belonged to **CLAYTON GREEN**. This statement was made after your affiant advised **GREEN** of his *Miranda* rights.

10. On October 5, 2023, your affiant consulted with Bureau for Alcohol, Tobacco, Firearms and Explosives (ATFE) Special Agent Justin Schaefer, an interstate nexus expert, who advised that the above-mentioned American Derringer firearm was manufactured in the state of Texas, and therefore, affected interstate commerce prior to its recovery on October 5, 2023 in Niagara Falls, New York.

---

[1] Investigators were given verbal and written consent for the search of 1438 Byrd Avenue, Upper. As part of this investigation, law enforcement obtained a search warrant for 1438 Byrd Avenue, Lower.
[2] The suspected narcotics are being sent to the DEA laboratory for analysis. A field test of these substances for the presence of controlled substances was inconclusive.

11. **WHEREFORE**, based upon the foregoing, I respectfully submit that there is probable cause to believe that **CLAYTON GREEN** a/k/a Iceberg violated Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

*Curtis R. Middlebrooks*
CURTIS R. MIDDLEBROOKS
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed telephonically
this 5th day of October, 2023.

_____
HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge